IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STANLEY LEE CAUDILL, #230597, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-0002-MEF |
| | ) | |
| LOUIS BOYD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ON MOTION

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the

petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 10th day of January, 2007.


                    /s/ Wallace Capel, Jr.
                    WALLACE CAPEL, JR.
                    UNITED STATES MAGISTRATE JUDGE